# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

ANTHONY JAVIER R. M.,

       Petitioner,

v.

TODD BLANCHE, *Acting Attorney General*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*; and JOEL BROTT, *Sherburne County Sheriff*,

       Respondents.

Case No. 26-cv-2283 (LMP/DLM)

**ORDER**

**IT IS HEREBY ORDERED** that:

1.    Respondents are directed to file an answer to Petitioner Anthony Javier R. M.'s Verified Petition for a Writ of Habeas Corpus (ECF No. 1 ("Petition")) on or before **Tuesday, April 28, 2026**, certifying the true cause and proper duration of Anthony Javier R. M.'s confinement and showing cause why the writ should not issue in this case;

2.      Respondents' answer must include:

    a.     Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Anthony Javier R. M.'s detention in light of the issues raised in his Petition;

    b.     A reasoned memorandum of law and fact explaining Anthony Javier R. M.'s legal position on Anthony Javier R. M.'s claims; and

    c.     Respondents' recommendation on whether an evidentiary hearing should be conducted;

3.      If Anthony Javier R. M. intends to file a reply to Respondents' answer, he must do so on or before **Tuesday, May 5, 2026**;

4.      No further submissions from the parties will be permitted except as authorized by Court order; and

5.      Respondents are **ORDERED** not to remove Anthony Javier R. M. outside of the District of Minnesota during the pendency of these proceedings, so that Anthony Javier R. M. may consult with his counsel and participate in this litigation while the Court considers his Petition.

Dated: April 21, 2026                      *s/Laura M. Provinzino*
                                           Laura M. Provinzino
                                           United States District Judge